** E-filed on 6/26/2006 **

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KENNETH SAUNDERS, Derivatively on Behalf of Nominal Defendant SANMINA-SCI CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>JURE SOLA, et al..,<br><br>             Defendants,<br>             -and-<br><br>SANMINA-SCI CORPORATION,<br><br>             Nominal Defendant. | Case Number C 06-03804 JF<br><br>ORDER[1] REFERRING CASE TO JUDGE SEEBORG FOR RELATED CASE DETERMINATION |

It has come to the Court's attention that the instant case may be related to an earlier-filed case that is presently before Magistrate Judge Richard Seeborg, *William Hergotz v. Jure Sola, et al.*, C 06-03783 (RS). Accordingly, the Court will refer the case to Magistrate Judge Seeborg so that he may make a related case determination. If Magistrate Judge Seeborg determines that the

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-03804 JF
ORDER REFERRING CASE TO JUDGE SEEBORG FOR RELATED CASE DETERMINATION
(JFLC1)

1  cases are related, the instant case will be reassigned to Magistrate Judge Seeborg.

2      IT IS SO ORDERED.

4  DATED:  June 26, 2006

6                  JEREMY FOGEL
                 United States District Judge

1  Copies of Order served on:

2  Robert S. Green          CAND.USCOURTS@CLASSCOUNSEL.COM

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-03804 JF
ORDER REFERRING CASE TO JUDGE SEEBORG FOR RELATED CASE DETERMINATION
(JFLC1)