**United States District Court**
For the Northern District of California

1
2
3                                                    **\*E-FILED\***
4                                                    **July 6, 2006**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11   WILLIAM HERGOTZ, etc.,                No. C 06-03783 RS
12            Plaintiff,
13        v.
14   JURE SOLA, RANDY W. FURR, et al.,     **ORDER**
15            Defendants.
16   and
17   SANMINA-SCI CORPORATION,
18            Nominal Defendant.
     _____/
19   KENNETH SAUNDERS, etc.,               No. C 06-03804 RS
20            Plaintiff,
21   v.
22   JURE SOLA, RANDY W. FURR, et al.,
23            Defendants.
24   and
25   SANMINA-SCI CORPORATION,
26            Nominal Defendant.
     _____/
27
28

**United States District Court**
For the Northern District of California

1   TO ALL PARTIES AND COUNSEL OF RECORD:

2       A motion to consolidate the above related shareholder derivative actions, appoint co-lead

3   plaintiffs, appoint co-lead plaintiffs' counsel and appoint liaison counsel is set for August 2, 2006 at

4   9:30 a.m. before the undersigned.  All parties in both actions shall make a determination regarding

5   the issue of consent to the jurisdiction of the Magistrate Judge and file either a Consent to Proceed

6   Before a United States Magistrate Judge or a Declination to Proceed Before a Magistrate Judge and

7   Request for Reassignment to a United States District Judge **no later than July 19, 2006**.

8       Counsel for plaintiffs shall serve this order on all parties.

9   IT IS SO ORDERED.

10  Dated:  July 6, 2006

11

12  _____

13  RICHARD SEEBORG
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY
PROVIDED TO:**

2

3    Robert S. Green      CAND.USCOURTS@CLASSCOUNSEL.COM

4    Eric L. Zagar      ezagar@sbclasslaw.com

5    Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

6

7    Dated: July 6, 2006

8

9                                              /s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28